No. 74–1022. LUCERO, A MINOR, BY LUCERO *v.* ROOSE-VELT IRRIGATION DISTRICT. Ct. App. Ariz. Certiorari denied.

No. 74–1026. GIBSON *v.* KROGER CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 74–1031. FILES v. HEISKELL, SECRETARY OF STATE OF WEST VIRGINIA, ET AL. Sup. Ct. App. W. Va. Certiorari denied.

No. 74–1036. PEYMANN *v.* PERINI CORP. C. A. 1st Cir. Certiorari denied.

No. 74–1038. LAYNE-NEW YORK CO., INC. *v.* ALLIED ASPHALT CO., INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 74–1041. SILVERLITH, INC. *v.* AZOPLATE CORP. C. A. 3d Cir. Certiorari denied.

No. 74–1043. NISSAN MOTOR CORPORATION IN U. S. A. *v.* SANDERSON. C. A. 10th Cir. Certiorari denied.

No. 74–1048. RANDY'S HOUSE OF STEELE, INC. *v.* CEPON ET AL. C. A. 7th Cir. Certiorari denied.

No. 74–1058. BRUNI *v.* DEPARTMENT OF REGISTRA-TION AND EDUCATION OF ILLINOIS ET AL. Sup. Ct. Ill. Certiorari denied.

No. 74–1074. WILLEY ET AL. *v.* GARNSEY ET AL. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.